NO.
12-06-00346-CR

 

IN THE COURT OF APPEALS

 

TWELFTH COURT OF APPEALS DISTRICT

 

TYLER, TEXAS

 

 

JOSE MANUEL ROBLES,  §          APPEAL
FROM THE 114TH

APPELLANT

 

V.        §          JUDICIAL
DISTRICT COURT OF

 

THE STATE OF TEXAS,

APPELLEE   §          SMITH
COUNTY, TEXAS

 




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 

 



MEMORANDUM OPINION

PER CURIAM

            Appellant
pleaded guilty to the offense of burglary of a habitation.  The trial court assessed punishment at
imprisonment for forty-five years and a five thousand dollar fine.  We have received the trial court’s
certification, which was signed by Appellant and his counsel, showing that
Appellant waived his right to appeal.  See
Tex. R. App. P. 25.2(c)(3)(B).  We have also reviewed the clerk’s record,
which includes Appellant’s waiver of his right to appeal.  Accordingly, the appeal is  dismissed
for want of jurisdiction.

Opinion delivered October 11,
2006.

Panel consisted of Worthen, C.J., Griffith, J., and
Hoyle, J.

 

 

 

 

 

 

 

 

 

(DO NOT PUBLISH)